No. _____CR•07  0050•  **RMW  PVT**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

FILED
2007 AUG -2  A 8:15

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## THE UNITED STATES OF AMERICA

vs.

*SEALED BY ORDER OF THE COURT*

ROBERT VILLARREAL

## INDICTMENT

<u>Count One</u>: Title 26, United States Code, Section 5861 (d) – Possession of an Unregistered Firearm;

*A true bill.*

_____Ramona L Will_____
Foreperson

*Filed in open court this* __1__ *day of* Aug 2007

*A.D. 2007*

_____[signature]_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ __NO BAIL WARRANT__
                            RS

DOCUMENT NO  CSA'S INITIALS
1   [initials]

DISTRICT COURT
CRIMINAL CASE PROCESSING

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 AUG -2  A 8: 16

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER
OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT VILLARREAL, ) <br> ) <br> Defendant. ) <br> ) | CR No. 07 00509 <br><br> VIOLATION: 26 U.S.C. § 5861(d) - Possession of an Unregistered Firearm; <br><br> SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (26 U.S.C. § 5861(d))

On or about March 31, 2006, in the Northern District of California, the defendant,

ROBERT VILLARREAL,

did knowingly possess a firearm, as that term in described in Title 26, United States Code, Section 5845(a), to wit, a sawed-off Mossberg 12 gauge shotgun, Model 5500 MKII, serial number obliterated, modified so as to have an overall length of less than 26 inches, and a barrel length of less than 18 inches, which firearm was not registered to him in the National Firearms

**INDICTMENT**

1  Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

2  FORFEITURE ALLEGATION: (18 U.S.C. § 924(d)(1))

3  1.  The factual allegations contained in Count One of this Indictment are realleged
4  and incorporated as if fully set forth here.

5  2.  Upon conviction of the alleged offenses in Count One above, the defendant,

6  ROBERT VILLARREAL,

7  shall forfeit to the United States any firearm and ammunition involved in or used in any knowing
8  violation of said offense, including but not limited to the following property: a Mossberg 12
9  gauge shotgun, Model 5500 MKII, serial number obliterated, and a Smith & Wesson .38
10 revolver, Model 38 Special CTG, serial number K78638.

11  All in violation of Title 18, United States Code, Section 924(d)(1).

13  A TRUE BILL.

15  DATED: 8/1/07

FOREPERSON

17  SCOTT N. SCHOOLS
    United States Attorney

20  DAVID R. CALLAWAY
21  Deputy Chief, San Jose Office

24  (Approved as to form: _____)
             AUSA O'Connell

INDICTMENT                                      2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

─── OFFENSE CHARGED ───
SEE ATTACHMENT TO PENALTY SHEET

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

SEALED BY ORDER OF THE COURT

PENALTY:
SEE ATTACHMENT TO PENALTY SHEET

─── DEFENDANT - U.S. ───
▶ ROBERT VILLARREAL

2007 AUG -2 A 8: 16

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DISTRICT COURT NUMBER
CR 07 00509 RMW

─── DEFENDANT ───

**IS NOT IN CUSTODY**

─── PROCEEDING ───
Name of Complainant Agency, or Person (&Title, if any)
S/A Robert Patrizi-ATF

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l   ☐ State
If answer to (6) is "Yes", show name of institution

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed
Month/Day/Year

DATE OF ARREST ▶
Or... if Arresting Agency & Warrant were not
Month/Day/Year

DATE TRANSFERRED TO U.S. CUSTODY ▶

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
THOMAS M. O'CONNELL

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

UNITED STATES OF AMERICA
v.
ROBERT VILLARREAL

**ATTACHMENT TO PENALTY SHEET**

<u>Count One</u>: Title 26, United States Code, Section 5861 (d) – Possession of an Unregistered Firearm;

10 years imprisonment
$250,000.00 fine
3 years of supervised release
$100 special assessment