# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** August 27, 2007           **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00509 RMW

**TITLE:** UNITED STATES OF AMERICA  -V- ROBERT VILLARREAL

    **APPEARANCES:**           Present, in custody
    **INTERPRETER:**
    PROBATION:

**PLTF:** AUSA: T. O'CONNELL     **DEFT:** THOMAS FERRITO

**COURT ACTION:** STATUS HEARING

**Hearing Held.   Status Hearing Continued to 9/24/07 at 9:00 a.m.  Time Excluded from 8/27/07 through 9/24/07 for effective defense preparation.  Government to prepare order.**

    /s/ Corinne Lew
    **Corinne Lew**
    **Courtroom Deputy**