**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 07-00509 JW |
|     Plaintiff(s), | CLERK'S NOTICE |
|   v. | |
| VILLARREAL, | |
|     Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to the Related Case Order recently filed a Status/Trial Setting Hearing has been set before Hon. James Ware for **September 24, 2007 at 1:30 PM** before Judge James Ware Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: September 18, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by:  /s/
    Elizabeth Garcia
    Courtroom Deputy