1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,                                              No. CR 07-00509 JW

          Plaintiff(s),
                                                  CLERK'S NOTICE
     v.

VILLARREAL,

          Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to the Related Case Order recently filed a Status/Trial Setting

Hearing has been set before Hon. James Ware for **September 24, 2007 at 1:30 PM** before Judge

James Ware Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: September 18, 2007

                    FOR THE COURT,
                    Richard W. Wieking, Clerk

                    by: _____/s/_____
                        Elizabeth Garcia
                        Courtroom Deputy