UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 9/24/2007
**Case No:** CR-07-0509 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Robert Villarreal (C)

**Attorney(s) for Plaintiff(s):** Eumi Choi for Tom O'Connell
**Attorney(s) for Defendant(s):** Thomas Ferrito

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

Hearing Held. Defendant Villarreal present and in custody for proceedings. The Court continued this matter to 10/15/2007 for Further Status Hearing. Time is excluded from 9/24/2007 to 10/15/2007 for continued efforts to resolved this matter short of trial and continuity of counsel.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: