UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 12/3/2007  
**Case No:** CR-07-0509 JW  
      **Related Case:** CR-07-0506 JW  
                         CR-07-0502 JW

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Summer Clanton  
**U.S. Probation Officer:** N/A  
**Interpreter:** N/A

### TITLE

U.S.A. v. Robert Villarreal ( C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell  
**Attorney(s) for Defendant(s):** Thomas Ferrito

### PROCEEDINGS

Dispositional Hearing

### ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The Defendant plead guilty as to Count One of the Indictment in CR 07-0509 JW. A plea agreement was executed in open court. The Government made an oral Motion to Dismiss the Indictments charged against Defendant in CR 07-0506 JW and CR 07-0502 JW. The Court submitted the Motion to Dismiss until the date for Sentencing. The Court referred this matter to the Probation Office for preparation of a presentence investigation report. Sentencing set for February 25, 2008 at 1:30 PM.

                                                                  Elizabeth C. Garcia  
                                                                  Courtroom Deputy  
                                                      Original: **E-filed/C. Escolano**  
                                                                        CC: