JOSEPH R. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408)-535-5053
    Fax: (408)-535-5066
    E-Mail: Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR- 07- 00509- JW |
| Plaintiff, ) | GOVERNMENT'S SENTENCING MEMORANDUM |
| v. ) | |
| ROBERT VILLARREAL, ) | |
| Defendant. ) | |

    Defendant Robert Villarreal comes before the court for sentencing pursuant to a plea agreement under Rule 11(c)(1)(A) and 11(c)(1)(C) of the Federal Rules of Criminal Procedure, that is, a binding agreement with a stipulated sentence of 37 months imprisonment, to be followed by three years of supervised release (with conditions to be fixed by the Court), no fine, and a $100 special assessment:

    The defendant pled guilty to the indictment in case number CR-07-00509 charging one count of Possession of Unregistered Sawed-Off Shotgun in violation of 26 U.S.C. § 5861(d). The government agreed that at the time of sentencing it would move to dismiss the charges against

**PLEA AGREEMENT (Villarreal)**

him in case numbers CR- 07- 00502 and CR-07- 00506.

**The Defendant's Criminal History**

The parties entered into the referenced agreement under the belief that the defendant's Criminal History Category was either III (resulting in a U.S.S.G. range of 30-37 months) or IV (resulting in a U.S.S.G. range of 37-46 months). The parties agreed on a sentence of 37 months for the reason that it would be within the U.S.S.G. range whether the defendant's Criminal History Category was III, in which case it would be the high end of the range, or IV, in which case it would be the low end of the range.

However, it appears that an entry in the CLETS database incorrectly identified a January 1, 1996 conviction for Accessory as a misdemeanor. When the Probation Officer reviewed the court documents she ascertained that this was in fact a felony conviction. Consequently, defendant's Base Offense Level, and his ultimate adjusted offense level, should be two levels higher. As Probation has calculated his Criminal History Category to be IV, his U.S.S.G. range should be 46-57 months.

**U.S.S.G. 1B1.2**

The parties intended that the defendant would not be accountable for his drug activity, for a number of reasons. First, he was the least culpable of the three subjects involved in his criminal affairs. While his codefendants engaged in distributions of controlled substances, he merely introduced them to the undercover agent. Additionally, the codefendants each had prior felony drug convictions, and in the case if Hernandez, three convictions for distribution. Moreover, while the defendant did not enter into a cooperation agreement with the Government and is therefore not entitled to a sentence reduction under U.S.S.G. 5K1.1, he did truthfully allocute and in the process name the source of the sawed off shotgun to which he pled guilty. For these reasons, the Government thought it equitable to show this defendant considerable leniency.

Inasmuch this is a binding plea, the court may either accept it by it's terms or reject it in total.

**Conclusion**

The parties in reliance on the defendant's "rap sheet" constitutes a mutual mistake of a

**PLEA AGREEMENT (Villarreal)**          2

material term of the plea.  Consequently, it appears that either side would be justified in moving to withdraw or vacate the plea. If, however, the defendant (who was in the best position to know he had suffered a felony conviction) wishes to proceed under the corrected U.S.S.G. calculation, the Government would be willing, in the spirit of the negotiations,  to recommend the low end of the corrected range, 46 months.

If the court prefers, the parties could mutually consent to withdrawal of the plea and memorialize what is suggested above, in a new document.

JOSEPH R. RUSSONIELLO
United States Attorney

Dated: February 7, 2008                                         /S/

THOMAS M. O'CONNELL
 Assistant United States Attorney

**PLEA AGREEMENT (Villarreal)**            3