```
THOMAS J. FERRITO
 Attorney At Law
   SBN 45133
101 Church Street, Suite 14
Los Gatos, California 95030-6928
      Telephone: (408) 354-6655
      Facsimile: (408) 354-6585
```

Attorney for Defendant
　　ROBERT VILLARREAL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ] | NO. CR-07-00509-JW |
|---|---|---|
| Plaintiff, | ] | |
| | ] | PROOF OF SERVICE |
| vs. | ] | |
| ROBERT VILLARREAL, | ] | |
| Defendant. | ] | |

　　　　I am a citizen of the United States. My business address is 101 Church Street, Suite 14, Los Gatos, California 95030. I am employed in the County of Santa Clara, where this mailing occurs. I am over the age of 18 years, and not a party to the within cause.

　　On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as follows:

**SENTENCING MEMORANDUM FOR DEFENDANT ROBERT VILLARREAL**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

---

PROOF OF SERVICE

1

Thomas M. O'Connell
Assistant United States Attorney
Department of Justice
150 Almaden Boulevard, Room 900
San Jose, CA. 95113-3081

Lori Timmons
United States Probation Officer
United States District Courthouse
280 South First Street
San Jose, CA. 95113-3008

[X] BY MAIL: I am readily familiar with my firm's practice for collection and processing correspondence for mailing with the United States Postal Service, to wit: that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on the date signed below following ordinary business practices.

[ ] BY PERSONAL SERVICE: I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ] STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] FEDERAL: I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2008, at Los Gatos, California.

THOMAS J. FERRITO